# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

TRACEY-ANN NICOLA WALTERS

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4020- draw

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 31, 2000__ in Broward County, in the __Southern__ District of __Florida,__, the defendant, Tracey-Ann Nichola Walters. did knowingly and intentionally import and possess with intent to distribute a Schedule II narcotics controlled substance, that is, cocaine,

in violation of Title __21__ United States Code, Section __841(a)(1) and 952(a)__

I further state that I am a(n) __Special Agent/U.S. Customs__ and that this complaint is based on the following
                                    Official Title
facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached and made a part hereof:   [x] Yes  [ ] No

_____ SSN/USCS
Signature of Complainant
Edwin Flood, S/A
U.S. Customs Service

Sworn to before me, and subscribed in my presence,

__Feb. 1, 2000__                        at  Fort Lauderdale, Florida
Date                                         City and State

LURANA S. SNOW  CHIEF
UNITED STATES MAGISTRATE JUDGE      _____Lurana S. Snow_____
Name and Title of Judicial Officer       Signature of Judicial Officer



**AFFIDAVIT**

I, Edwin Flood, being duly sworn, do hereby depose and state the following:

1. I am employed as a Special Agent with the United States Customs Service ("Customs"), United States Department of the Treasury, Ft. Lauderdale, Florida, and have been so employed since November, 1986. I am presently assigned to RAIC/FL, HIDTA (High Intensity Drug Trafficking Area), Group-III, which is continuously involved in the investigation of drug trafficking and money laundering. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 18, 19, 21, 22, 31, and various other federal statutes. The following information is based upon personal knowledge and that of my fellow Special Agents, Customs Inspectors and/or other law enforcement officers.

2. On January 31, 2000, Customs Inspectors at Fort Lauderdale, Florida, conducted an inbound inspection of passengers arriving into the United States at Fort Lauderdale International Airport, in the Southern District of Florida, from Kingston, Jamaica, on board Air Jamaica flight number 089. One of the passengers inspected was the defendant, Tracey-Ann Nicola Walters.

3. After being admitted into the United States by the Immigration and Naturalization Service, the defendant presented herself and her luggage to the U. S. Customs Service for inspection. During a secondary inspection, U.S. Customs Inspectors examined the single suitcase presented for inspection and located within that suitcase a tan ladies purse and one (1) pair of casual, dark blue, rubber soled shoes.

4. On continuing the examination, Customs Inspectors found both the tan ladies purse and the dark blue,rubber soled shoes to be excessively heavy. Customs Inspectors probed the tan ladies purse and the pair of dark blue,rubber soled shoes. Both items were found to contain a white, powdery substance that field-tested positive for cocaine. After removal from its places of concealment, the approximate gross weight of the cocaine was 1550 grams.

5. On January 31, 2000, Senior Special Agent Nelson Ocasio and your affiant advised Tracey-Ann Nicola Walters of her Constitutional Rights under the Miranda Decision by reading from rights sheet. Tracey-Ann Nicola Walters indicated she fully understood her rights by initialing each line and affixing her signature to the document.
Your affiant then took a written statement from Tracey-Ann Nicola

Walters that documented her activities of the past few days and within which Ms. Walters admitted her involvement in the attempt to smuggle contraband narcotics (cocaine) into the United States for the agreed upon sum of $2500.00.

6. Based upon the foregoing facts, your affiant believes probable cause exists to assert that the defendant, Tracey-Ann Nicola Walters, on January 31, 2000, did knowingly and intentionally import into the United States, from a place outside thereof, a schedule II controlled substance, to wit: Cocaine, in violation of Title 21, United States Code, Section 952 (a).

7. Further, on this same date, your affiant believes probable cause exists to assert that the defendant, Tracey-Ann Nicola Walters, did knowingly and intentionally possess with the intent to distribute a schedule II controlled substance, to wit: Cocaine, in violation of Title 21, United States Code, Section 841 (a)(1).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Edwin Flood, Senior Special Agent
United States Customs Service

Sworn to and subscribed before me
this 1st day of February, 2000.

Lurana S. Snow
Chief United States Magistrate Judge