## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: TRACY ~~WATERS~~ Walters (J)        CASE NO: 00-4020-SNOW

AUSA: DEBRA STUART  /pts/        ATTY: Bat Hunt

AGENT: _____        VIOL: _____

PROCEEDING I/A ON COMPLAINT        RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no        COUNSEL APPOINTED FPD

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person

3) Travel extended to:

Dft advised of charges

cnsl requested three days
cnsl requested PTD hrg on 2/8

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         (PTD)/BOND HRG:    2-8    //    LSS ✓
                         PRELIM/ARRAIGN:    2-11   //    LSS ✓
                         REMOVAL HRG:
                         STATUS CONF:

Date: 2/1/00    Time: 11:00    FTL/LSS TAPE #00- 004    Begin: 3244    End:

re-call 1329/1442