UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 66271-004

UNITED STATES OF AMERICA )
      Plaintiff ) Case Number: CR 00-0000-Snow
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Walters, Tracy Ann )
      Defendant

FILED by ___ D.C.
FEB -- 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1-31-00                          am/pm

(2) Language Spoken: Eng

(3) Offense(s) Charged: Imp of Cocaine

(4) U.S. Citizen [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 10-02-76

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fl

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES [ ]NO

Amount of Bond: $ ???
Who set Bond:

(7) Remarks:

(8) Date: 1-31-00    (9) Arresting Officer: Flud

(10) Agency: US Customs    (11) Phone: 954-921-3509

(12) Comments: