UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4020-LSS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

TRACEY WALTERS,  :

    Defendant.  :
_____/



## **NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

    By: _____
        Samuel J. Smargon
        Assistant Federal Public Defender
        Florida Bar No. 150230
        101 N.E. 3rd Avenue
        Suite 202
        Fort Lauderdale, Florida  33301
        (954) 356-7436
        (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 3 day of February, 2000 to Debra Stuart, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Samuel J. Smargon

S:\SMARGON\Walters\ASSIGN