COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: TRACEY WALTERS (J)          CASE NO: 00-4020-SNOW
AUSA: DEBRA STUART                 ATTY: FPD
AGENT:                             VIOL:
PROCEEDING PTD HEARING             RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no         COUNSEL APPOINTED
     BOND SET @ 300,000 CSB w/ Nebra
     SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Govt & cnsl reserve the right to request PTD should deft attempt to post or reduce bond

FILED by D.C.
FEB -8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:

Date: 2-8-00   Time 11:00   FTL/LSS TAPE #00- 008   Begin: 975   End: 1014