UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00 - 6036 CR - FERGUSON**

21 U.S.C. §952(a)
21 U.S.C. §841(a)(1)    MAGISTRATE  JUDGE
18 U.S.C. §2                SNOW

UNITED STATES OF AMERICA                :

v.                                                        :

TRACEY-ANN NICOLA WALTERS,        :
_____ Defendant



## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 31, 2000, in Broward County, in the Southern District of Florida, and

elsewhere, the defendant,

TRACEY-ANN  NICOLA  WALTERS,

did knowingly and intentionally import into the United States, from a place outside thereof, a

Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of

cocaine, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States

Code, Section 2.

## COUNT II

On or about January 31, 2000, in Broward County, in the Southern District of Florida,

and elsewhere, the defendant,

TRACEY-ANN NICOLA WALTERS,

did knowingly and intentionally possess with intent to distribute, a Schedule II controlled substance,

that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21,

United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____

FOREPERSON

_____

THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**      **CASE NO.** _____

v.

TRACEY-ANN WALTERS      **CERTIFICATE OF TRIAL ATTORNEY\***
_____      **Superseding Case Information**:

**Court Division**: (Select One)

     New Defendant(s)    Yes ____ No ____
     Number of New Defendants   ____
____ Miami    ____ Key West    Total number of counts   ____
X FTL    ____ WPB    ____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)  NO_____
     List language and/or dialect  _____

4.   This case will take  _2_  days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)          (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | | |
| II | 6 to 10 days | | Minor | | |
| III | 11 to 20 days | | Misdem. | | |
| IV | 21 to 60 days | | Felony | X | |
| V | 61 days and over | | | | |

6.   Has this case been previously filed in this District Court? (Yes or No)  NO
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No)  YES_____
If yes:
Magistrate Case No.  00-4020-LSS_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of  1/31/00_____
Defendant(s) in state custody as of  _____
Rule 20 from the  _____  District of _____

Is this a potential death penalty case? (Yes or No)  NO_____
7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes _No_

_____
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A550061

**\*Penalty Sheet(s) attached**               REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: <u>TRACEY-ANN WALTERS</u> No.:_____

Count #l:      Importation of controlled substance; in violation of 21:952(a)

*Max Penalty:      Minimum mandatory of 5 years' imprisonment; maximum of 40 years'
imprisonment and a $2,000,000 fine.

Count #2:     Possession w/intent to distribute cocaine ; in violation of 21:841(a)(1)

*Max Penalty: Mandatory minimum of 5 years' imprisonment; maximum of 40 years'
imprisonment; $2 million fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms or forfeitures that may be applicable.**

AO 442 (Rev. 12/85) Warrant for Arrest

## *United States District Court*

<u>SOUTHERN</u> DISTRICT OF _____<u>FLORIDA</u>_____

UNITED STATES OF AMERICA