COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: TRACEY WALTERS (J)            CASE NO: 00-6036-CR-FERGUSON
AUSA: DEBRA STUART/Thompson         ATTY: FPD Sam Smargon
AGENT: _____               VIOL: _____
PROCEEDING ARRAIGNMENT              RECOMMENDED BOND _____
BOND HEARING HELD - yes/no          COUNSEL APPOINTED _____
    BOND SET @ _____
    SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____
                         PTD/BOND HRG: _____
                         PRELIM/ARRAIGN: _____
                         REMOVAL HRG: _____
                         STATUS CONF: 2/25  11  LSS

Date: 2-11-00   Time 11:00   FTL/LSS TAPE #00- 010   Begin: 512   End: 538

11