# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Tracy Walters (no deft needed)    CASE NO: 00-6036-CR-Ferguson

AUSA: Deb Stuart /Saurgan    ATTNY: FPD Smargon

AGENT: _____    VIOL: _____

PROCEEDING: Status Conference    BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
FEB 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no pending mots
2-3 days to try
Gov't ready

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 2-25-00    TIME: 11:00am    TAPE # 00-47    PG # 577

15