UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6036-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

TRACY WALTERS,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 25, 2000. At that conference, the parties informed the Court as follows:

1.     The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two to three days to try. The Government, however, informed the Court that the matter may ultimately be resolved by way of a change of plea.

2.     Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this 28th day of February 2000.

                                              BARRY S. SELTZER
                                              United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Deb Stuart, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant