SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6036-CR-WDF

DEFENDANT _Tracey-Ann Walters_    JUDGE ____WILKIE D. FERGUSON____

Deputy Clerk ___TROY T. WALKER___    DATE _May 26, 2000_

Court Reporter ___Paul Haferling___    USPO _E. Cooley_

AUSA _D. Stuart_    Deft's Counsel _Samuel Smargon_

COUNTS DISMISSED ___All Others___

_____ Deft Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

_Right to appeal_

JUDGMENT AND SENTENCE

Imprisonment    Years ____    Months _30_    Counts _one_

Supervised Release _3 YRS - S.C. - That the deft is housed in re_____
without facility_

Probation    Years ____    Months ____    Counts ____

Comments _____

Assessment $ _100.00_    Fine $ _none_

Restitution /Other _____

CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____ _See J+C_

_Kay Walters-Uncle_

23