```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION

 3                                        ORIGINAL    JUN 1 4 2000

 4                                              CLARENCE
     UNITED STATES OF AMERICA,                  CLERK U S
 5                                              S.D. OF FLA. MIAMI
                                           CASE 00-6036-CR-WDF
                       PLAINTIFF,
 6
     VS.
 7                                         FORT LAUDERDALE, FLORIDA

 8   TRACEY-ANN WALTERS,                   MAY 26, 2000

 9                  DEFENDANT.
10
11
12           TRANSCRIPT OF SENTENCING PROCEEDINGS
             BEFORE THE HONORABLE WILKIE D. FERGUSON
13              UNITED STATES DISTRICT COURT JUDGE

14                  17 + 1 certification pages
15
16   APPEARANCES:

17   FOR THE PLAINTIFF:     DEBRA STUART, AUSA

18
19
     FOR THE DEFENDANT:     SAMUEL SMARGON, AFPD
20
21
22
     REPORTED BY:           DAWN M. WHITMARSH, RPR
23
24
25

                         DAWN M. WHITMARSH, RPR
```

FILED by ___ D.C.
CT. REP.
JUN 1 4 2000
CLARENCE MADDOX
CLERK U S DIST CT.
S.D. OF FLA. MIAMI

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**